LAW OFFICES OF
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

January 17, 2012

Hon. Cathy Seibel
U.S. District Court, Southern District of New York
Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains NY 10601-4150
(914) 390-4278 (fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-2012

Re: *Shaked v. General Electric Company (No. 7:08CV10295 (S.D.N.Y.))*
    *Application for telephonic appearance, for October 11, 2011 hearing*

Your Honor:

    The Court has set this matter for a hearing on a preliminary approval motion at 12:00 p.m. (ET) on January 24, 2012. (See Docket No. 56.) The minute order entered by the Court on December 2, 2011, advises the parties to "check with chambers a week before to find out if the Court wants then to appear in person."

    Thus, I am writing to inquire if the parties can appear by telephone. Should an appearance by telephone be acceptable, we will following this Court's prior instructions. Specifically, my office will initiate the call with Ms. Sheridan's office; then, we will call the Court's broadcast line (914.390.4082) in order to have the parties appear before the Court telephonically. If this procedure is incorrect, please advise.

    Also, if you could advise whether Mr. Kleinman's personal appearance would be necessary, or if he can appear telephonically as well, I would appreciate it.

    Many thanks for your continued extensions of courtesy.

Sincerely,

Thomas E. Soule

cc: counsel of record (by fax)
    – Stephanie Sheridan & Alison Williams (415.781.2635)
    – Abraham Kleinman (888.522.1692)

*[Handwritten note:]* If the parties are not aware of any objectors, Mr. Soule and Ms. Sheridan may attend by phone. Mr. Kleinman need not attend but if he wishes to, he should come in person if he is going to speak, as in my experience it becomes difficult for the court reporter if more than 2 lawyers are on the phone. So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.
Dated: 1/18/12

# LAW OFFICES
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

## FACSIMILE TRANSMISSION

TO:   Hon. Cathy Seibel (914.390.4278)

CC:   Stephanie Sheridan & Alison Williams (415.781.2635)
      Abraham Kleinman (888.522.1692)

FROM: Thomas E. Soule

RE:   Shaked v. General Electric

FILE NO: 7:08CV10295 CS GAY

DATE: January 17, 2012                    PAGES:    2

***

Comments:

## PRIVILEGED COMMUNICATION

PLEASE PHONE 312/739-4200 IF YOU DO NOT RECEIVE ALL THE PAGES. This fax may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee(or are authorized to receive this fax for the addressee), you may not copy, use or distribute it. If you receive this fax in error, please contact the sender by telephone or fax immediately and return by U.S. Mail.