IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x

MICHELE SHAKED,
individually and on behalf of a class,

       Plaintiff,

v.                                        7 : 08 CV 10295 CS GAY

GENERAL ELECTRIC COMPANY               ORDER GRANTING
and DOES 1-10,                                    PRELIMINARY APPROVAL TO
                                                               REVISED CLASS ACTION
       Defendant.                                 SETTLEMENT AGREEMENT

------------------------------------------------------------x

       For reasons stated in open court on January 24, 2012, this Court now GRANTS plaintiff's motion for preliminary approval of a class action settlement agreement (Docket No. 56). This Court, at that hearing, found that the settlement class could be certified under Fed.R.Civ.P. 23(a) and 23(b) for settlement purposes, approved of plaintiff and her counsel as representatives of the settlement class, found that the settlement agreement was within the range of reasonableness and approvability (subject to a further hearing on the fairness and adequacy of the settlement), and found that the notice attached to the agreement was compliant with Fed.R.Civ.P. 23 and with the requirements of due process.

       Accordingly, defendant is directed to cause notice to be sent to class members, in the form attached to the agreement, by February 21, 2012. That notice shall advise class members (a) that they have until April 24, 2012 to take any action available to them with respect to the settlement (*e.g.*, submit a claim form, request exclusion from the case, object to the settlement, or enter an appearance), and (b) that a hearing on the fairness of the settlement shall be held on May

31, 2012 at 3:30 p.m. in Courtroom 218 of the Brieant Federal Building and U.S. Courthouse, 300 Quarropas Street, White Plains, New York.

Defendant is further directed to comply with the notice requirements of 28 U.S.C. §1715(b), forthwith.

Plaintiff must file a brief in support of final approval no later than May 17, 2012.

SO ORDERED ON THIS DAY, January 25TH, 2012.

ENTER: _____Cathy Seibel_____, J.
United States District Court
Southern District of New York