LAW OFFICES OF
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

June 20, 2012

Application Granted / ~~Denied~~
So Ordered.
Cathy Seibel
Cathy Seibel, U.S.D.J.
Dated: 6/21/12

Hon. Cathy Seibel
U.S. District Court, Southern District of New York
Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains NY 10601-4150
(914) 390-4278 (fax)
Attn: Anna Connolly

**Re:** ***Shaked v. General Electric Company (No. 7:08CV10295 (S.D.N.Y.))***

Your Honor:

I am writing at the instruction of your clerk, relating to the final approval of a class action settlement agreement given at a hearing you held on May 31, 2012.

During that hearing, the Court asked defendant to send a second letter to the U.S. Department of Justice providing information required by the Class Action Fairness Act (28 U.S.C. §1715), as a letter sent by defendant to the U.S. Department of Justice's offices in Washington on January 25, 2012 named (in error) the Attorney General for the District of Columbia, and not the Attorney General of the United States. As the January 25, 2012 letter was sent to the correct address for the U.S. Department of Justice, the second letter was, as noted at the hearing, to be sent out of caution. The second Class Action Fairness Act letter has in fact been sent by General Electric Company.

This Court also directed the parties to draft a final approval order for the Court's review. However, General Electric Company is concerned about the possibility of a jurisdictional issue arising from the mailing of the second Class Action Fairness Act letter. General Electric has been in touch with the U.S. Department of Justice on the issue, and expects to hear back from that office presently. However, until General Electric receives guidance on this issue, it cannot agree on the correct language to use in the order.

A final approval order has been drafted; all parts of it are agreeable to the parties except for the matter discussed above. The parties anticipate that (a) the Department of Justice will give advice on the situation, (b) the parties can then agree on the language of the final approval, and (c) the final approval order can be submitted for the Court's review, within one week. Counsel for General Electric has reviewed this letter, and agrees with its content.

Please have your staff get in touch if you have any questions or concerns. Thank you.

Sincerely,



Thomas E. Soule

cc (by fax): Stephanie Sheridan (415.781.2635) & Abraham Kleinman (888.522.1692)