LAW OFFICES OF

## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 SOUTH LaSALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com
June 27, 2012

**Application Granted / Denied**
**So Ordered.**

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 6/28/12

Hon. Cathy Seibel
U.S. District Court, Southern District of New York
Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains NY 10601-4150
(914) 390-4278 (fax)
Attn: Anna Connolly

Re:  *Shaked v. General Electric Company (No. 7:08CV10295 (S.D.N.Y.))*

Your Honor:

I am writing relating to the final approval of a class action settlement agreement given at a hearing you held on May 31, 2012, and a letter I sent to your chambers on June 20, 2012 regarding notices given to the United States Department of Justice under the Class Action Fairness Act.

I have been advised by counsel for General Electric Company that

(a)  the United States Department of Justice has received notice of the parties' settlement, pursuant to 28 U.S.C. §1715;

(b)  the office of the Attorney General of the United States is aware of the reasons why the second notice was sent to the Department of Justice; and

(c)  the Department of Justice would expedite review of the settlement agreement and advise, within 30 days, as to whether it would seek to intervene with respect to the settlement.

Upon receipt of advice from the U.S. Department of Justice that it would not seek to intervene, the parties would immediately submit a final approval order to this Court.

Given the foregoing, and with the consent of defendant, plaintiff respectfully requests that this Court order the parties to submit a final approval order, or otherwise report on the status of the matter, by July 31, 2012, and enter any other appropriate order under the circumstances.

Please have your office get in touch with me if you have any questions. Thank you.

Sincerely,

Thomas E. Soule

cc (by fax): Stephanie Sheridan (415.781.2635) & Abraham Kleinman (888.522.1692)