LAW OFFICES OF

# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

July 31, 2012

Hon. Cathy Seibel
U.S. District Court, Southern District of New York
Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains NY 10601-4150
(914) 390-4278 (fax)
Attn: Anna Connolly

Re:   *Shaked v. General Electric Company (No. 7:08CV10295 (S.D.N.Y.))*

Your Honor:

I am writing relating to the final approval of a class action settlement agreement given at a hearing you held on May 31, 2012, and letters I sent to your chambers on June 20 and 27, 2012 regarding notices given to the United States Department of Justice under the Class Action Fairness Act.

I have been advised by counsel for General Electric Company that the U.S. Department of Justice has not yet advised her whether it would seek to intervene in this matter. I am further advised that counsel for General Electric has inquired as to when such a decision would be made; a representative of the Department of Justice will follow-up with her colleagues and advise counsel for General Electric promptly as to whether intervention would be sought.

Given the foregoing, and with the consent of defendant, plaintiff respectfully requests that this Court order the parties to submit a final approval order, or otherwise report on the status of the matter, by August 15, 2012, and enter any other appropriate order under the circumstances.

Please have your office get in touch with me if you have any questions. Thank you.

Sincerely,

Thomas E. Soule

cc (by fax): Stephanie Sheridan (415.781.2635) & Abraham Kleinman (888.522.1692)

Application Granted / ~~Denied~~
So Ordered.

_/s/ Cathy Seibel_
Cathy Seibel, U.S.D.J.
Dated: 8/1/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/12

# LAW OFFICES
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

## FACSIMILE TRANSMISSION

TO:        Hon. Cathy Seibel (914.390.4278)

CC:        Stephanie Sheridan (415.781.2635)
           Abraham Kleinman (888.522.1692)

FROM:      Thomas E. Soule

RE:        Shaked v. General Electric

FILE NO:   7:08CV10295 CS GAY

DATE:      July 31, 2012                    PAGES:    2

***

Comments:   Please find attached a letter regarding the above-entitled matter.

## PRIVILEGED COMMUNICATION

PLEASE PHONE 312/739-4200 IF YOU DO NOT RECEIVE ALL THE PAGES. This fax may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee(or are authorized to receive this fax for the addressee), you may not copy, use or distribute it. If you receive this fax in error, please contact the sender by telephone or fax immediately and return by U.S. Mail.