LAW OFFICES OF
## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

August 31, 2012

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-12

Hon. Cathy Seibel
U.S. District Court, Southern District of New York
Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains NY 10601-4150
(914) 390-4278 (fax)
Attn: Anna Connolly

Re: *Shaked v. General Electric Company (No. 7:08CV10295 (S.D.N.Y.))*

Your Honor:

I am writing relating to the final approval of a class action settlement agreement given at a hearing you held on May 31, 2012, and letters I sent to your chambers thereafter, regarding notices given to the United States Department of Justice under the Class Action Fairness Act.

I have been advised, by counsel for defendant, that the U.S. Department of Justice will not intervene in this matter. Therefore, pursuant to the Class Action Fairness Act, there is no further impediment to the entry of a final approval order. I sent a draft of such an order to opposing counsel earlier this week, and expect that a final version of that order will be ready for the Court's review in the next two weeks.

Given the foregoing, and with the consent of defendant, plaintiff respectfully requests that this Court order the parties to submit a final approval order, or otherwise report on the status of the matter, by September 14, 2012, and enter any other appropriate order under the circumstances.

On behalf of counsel for defendant, I would like to thank you for your patience as we waited final approval from the U.S. Department of Justice. It is greatly appreciated.

Please have your office get in touch with me if you have any questions. Thank you.

Sincerely,

Thomas E. Soule

cc (by fax): Stephanie Sheridan (415.781.2635) & Abraham Kleinman (888.522.1692)

Application Granted / ~~Denied~~
So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 9/4/12

## LAW OFFICES
## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

### FACSIMILE TRANSMISSION

TO:        Hon. Cathy Seibel (914.390.4278)

CC:        Stephanie Sheridan (415.781.2635)
           Abraham Kleinman (888.522.1692)

FROM:      Thomas E. Soule

RE:        Shaked v. General Electric

FILE NO:   7:08CV10295 CS GAY

DATE:      August 31, 2012              PAGES:    2

\*\*\*

Comments:   Please find attached a letter, sent at the direction of Anna Connolly of your office.

### PRIVILEGED COMMUNICATION

PLEASE PHONE 312/739-4200 IF YOU DO NOT RECEIVE ALL THE PAGES. This fax may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee(or are authorized to receive this fax for the addressee), you may not copy, use or distribute it. If you receive this fax in error, please contact the sender by telephone or fax immediately and return by U.S. Mail.